FANNIE W. WOODRUFF et al., appellants,

*v.*

FREEHOLD TRUST COMPANY et al., respondents.

[Decided September 27th, 1934.]

*Messrs. Hood, Lafferty & Campbell,* for the appellants.

*Mr. John J. Quinn,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported in *112 N. J. Eq. 405.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.